| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Shadid, James E. | 2. Court or Organization<br><br>United States District Court, Central District of Illinois | 3. Date of Report<br><br>5/13/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief United States District Judge | **5a. Report Type (check appropriate type)**<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>100 N.E. Monroe, Room 204<br>Peoria, IL 61602 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Bradley University, Peoria, IL |
| 2. | Board of Trustee Alumni Representative | Bradley University Alumni Association, Peoria, IL |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/01-3/11 | Judges Retirement System of Illinois - Pension upon retirement |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 9/2014 | Bradley University - Teaching | $3,000.00 |
| 2. | 8/2014 | John Marshall Law School - Teaching | $6,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Smith Barney Acct. 1 for James/Jane Shadid | A | Interest | L | T | | | | | |
| 2. IRA 1 - lines 3 - 66 Acct. for James Shadid | D | Int./Div. | O | T | | | | | |
| 3. - Abbott Laboratories (ABT) | | | | | | | | | |
| 4. -ABBVIE (ABBV) | | | | | | | | | |
| 5. - Bank of America Corp. (BAC) | | | | | | | | | |
| 6. - Barrick Gold Corp CAD (ABX) | | | | | | | | | |
| 7. - Berkshire Hatthaway inc. CL B (BRK'B) | | | | | | | | | |
| 8. - Biogen IDEC Inc. - (BLLB) | | | | | | | | | |
| 9. - Cablevision Sustems Corp (CVC) | | | | | | | | | |
| 10. - Caterpillar Inc. (CAT) | | | | | | | | | |
| 11. - Chevron Corp (CVX) | | | | | | | | | |
| 12. - Chubb Corp (CB) | | | | | | | | | |
| 13. - Cisco Sys. Inc. (CSCO) | | | | | | | | | |
| 14. - DirectTV CLA (DTV) | | | | | | | | | |
| 15. - Dolby Laboratories Inc. (DLB) | | | | | | | | | |
| 16. - Dreyfus Money Market | | | | | Merged (with line 66) | 12/01/14 | J | | |
| 17. - EBAY Inc. (EBAY) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Emerson Electric Co. (EMR) | | | | | | | | | |
| 19.  -Engility Holdings (EEL) | | | | | | | | | |
| 20.  - Exxon Mobil Corp.(XOM) | | | | | | | | | |
| 21.  - Fluor Corp. New (FLR) | | | | | | | | | |
| 22.  - Freeport McMoran Copper & Gold (FCX) | | | | | | | | | |
| 23.  - Frontier Communications Corp. (FTR) | | | | | | | | | |
| 24.  - Gap Inc. Delaware (GPS) | | | | | | | | | |
| 25.  - Google Inc. (Goog) | | | | | | | | | |
| 26.  - Home Depot Inc.(HD) | | | | | | | | | |
| 27.  - Intel Corp. (INTC) | | | | | | | | | |
| 28.  - Intl. Business Machines Copr. (IBM) | | | | | | | | | |
| 29.  - Johnson & Johnson (J&J) | | | | | | | | | |
| 30.  - JPMorgan Chase & Co.(JPM) | | | | | | | | | |
| 31.  - Juniper Networks inc.(JNPR) | | | | | | | | | |
| 32.  - Kraft Foods Inc. Class A(KRFT) | | | | | | | | | |
| 33.  - L3 Communications Hldgs Inc.(LLL) | | | | | | | | | |
| 34.  - Lam Research (fka Novellus)(LRCX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Liberty Media Hldg. Corp. | | | | | Closed | 07/01/14 | J | | |
| 36.   - Liberty Media Corp SER A LMCA | | | | | Buy | 07/01/14 | J | | |
| 37.   - Liberty Media Corp Ser C LMCK | | | | | Buy | 07/01/14 | J | | |
| 38.   -Liberty Trip Advisor Holdgs. Inc. LTRPA | | | | | Buy | 09/01/14 | J | | |
| 39.   -Liberty Inter Co. Venture Ser A LVNTA | | | | | Buy | 10/01/14 | J | | |
| 40.   - Liberty Interactive Co. Inter A QVCA | | | | | Buy | 10/01/14 | J | | |
| 41.   - Liberty Broadband Corp. S-A LBRDA | | | | | Buy | 11/01/14 | J | | |
| 42.   - Liberty Broadband Corp S-C LBRDK | | | | | Buy | 11/01/14 | J | | |
| 43.   - McKesson Corporation(MCK) | | | | | | | | | |
| 44.   - Merck & Co. Inc. New(MRK) | | | | | | | | | |
| 45.   - Microsoft Corp.(MSFT) | | | | | | | | | |
| 46.   - Mondelez Intl. (MDLZ) | | | | | | | | | |
| 47.   - Nasdaq OMX Group Inc.(NDAQ) | | | | | | | | | |
| 48.   - Novartis AG ADR(NVS) | | | | | | | | | |
| 49.   - Nucor Corp.(NUE) | | | | | | | | | |
| 50.   - Oaktree Capital CP LLC UT-A | | | | | Buy | 05/05/14 | J | | |
| 51.   - Pepsico Inc. (PEP) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Petroleo Brasileiro SA(PBR) | | | | | | | | | |
| 53. - Pfizer Inc.(PFE) | | | | | | | | | |
| 54. - Proctor & Gamble Co.(PG) | | | | | | | | | |
| 55. - Starz Liberty Capital f/k/a Liberty Media Corp. Liberty Cap (STRZA) | | | | | | | | | |
| 56. - State Street Corp.(STT) | | | | | | | | | |
| 57. - Taiwan Semiconductor Mfg.(TSM) | | | | | | | | | |
| 58. - Texas Instruments Inc.(TXN) | | | | | | | | | |
| 59. - Unilever PLC Spons ADR NEW (UL) | | | | | | | | | |
| 60. - United Parcel Service CLB(UPS) | | | | | | | | | |
| 61. - Verizon Communications(VZ) | | | | | | | | | |
| 62. - VISA Inc. Com CLA(V) | | | | | | | | | |
| 63. - Vodafone Group PLC Spons(VOD) | | | | | | | | | |
| 64. -Walgreens(WAG) | | | | | | | | | |
| 65. - Walt Disney Co.(DIS) | | | | | | | | | |
| 66. - Bank Deposit Program | | | | | | | | | |
| 67. IRA 2 (Lines 68-70) Acct. of Jane Shadid | A | Int./Div. | J | T | | | | | |
| 68. - Consolidated Edison Inc.(ED) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Legg Mason CB Large Cap Growth - SBGLX | | | | | | | | | |
| 70. - Bank Deposit Program | | | | | | | | | |
| 71. MorganStanley Smih Barney of Jane/ Margaret Shadid (Lines 72-75) | A | Int./Div. | K | T | | | | | |
| 72. -Legg Mason CB Appreciation CL - SHAPX | | | | | | | | | |
| 73. -Legg Mason Clearbridge Aggress - SHRAX | | | | | | | | | |
| 74. -Legg Mason CB Large Cap Growth - SBGLX | | | | | | | | | |
| 75. - Bank Deposit Program | | | | | | | | | |
| 76. MSSB Acct. 2 James and Jane Shadid Rows 76-84 | A | Int./Div. | M | T | Buy | 04/29/14 | M | | |
| 77. - Alibaba Group Holdings, Ltd. | | | | | | | | | |
| 78. - Citigroup Inc. NEW | | | | | | | | | |
| 79. - Eaton Corp PLC SHS | | | | | | | | | |
| 80. - Gilead Science | | | | | | | | | |
| 81. - Michael Kors Holdings Ltd. | | | | | | | | | |
| 82. - SPDR Trust Series 1 | | | | | | | | | |
| 83. - Walgreen Co. | | | | | | | | | |
| 84. - Workday Inc CL A | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 1 - Value code changed.

Part VII - Line 55 - This was inadvertently listed twice in prior years. The report has been corrected by removing the duplicate entry.

Part VII - Lines 35-42 Liberty Media Holding Corp. was closed during the 2014 calendar year and the stocks listed in lines 36-42 were purchased using dividends from the closed company as follows: Line 36 - Liberty Media Corp Ser A LMCA was a stock dividend purchase from STARZ Series A in July of 2014. Line 37- Liberty Media Corp. Ser. C LMCK was purchased from LMCA stock dividend in July of 2014. Line 38 - Liberty Trip Advisor Holdings, Inc., LTRPA was purchased in September 2014 from stock dividends for LVNTA. Lines 39 and 40 - Purchased in October 2014 - stock dividends resulting in more share purchase of LVNTA and Liberty Interactive Co Inter A LINTA which was reatributed a new symbol - QVCA. Lines 41 and 42 - Liberty Broadband Corp S - A LBRDA and Liberty Broadband Corp S-C LBRDK both purchased in November of 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Shadid**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544